**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID FREIFELD, NITAYA MCGEE, and HANNAH SMITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EPSILON DATA MANAGEMENT, LLC,<br><br>Defendant. | Case No. 1:25-cv-09984<br><br>Judge April M. Perry<br><br>Magistrate Beth W. Jantz |

**DEFENDANT EPSILON DATA MANAGEMENT, LLC'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

For the reasons set forth in the accompanying memorandum of law, Defendant Epsilon Data Management, LLC hereby moves for an order dismissing Plaintiffs' Complaint in its entirety.

Dated: October 20, 2025

By: */s/ Justin O. Kay*

Justin O. Kay (6286557)
Alicia R. Olszeski (6315675)
Faegre Drinker Biddle & Reath LLP
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
Email: justin.kay@faegredrinker.com
Email: ali.olszeski@faegredrinker.com

Paul A. Rosenthal
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
Email: paul.rosenthal@faegredrinker.com

*Attorneys for Defendant Epsilon Data Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, I electronically filed the foregoing MOTION herein with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to the registered CM/ECF participants.

I further certify that on October 20, 2025, I or someone in my office served the foregoing MOTION on the following parties to the litigation entitled *Freifeld, et al. v. Epsilon Data Management, LLC,* Case No. 1:25-cv-09984, pending in the United States District Court for the Northern District of Illinois:

Alec M. Leslie
aleslie@bursor.com
Max Stuart Roberts
mroberts@bursor.com
Yitzchak Koepl
ykopel@bursor.com
Bursor & Fisher P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7408
Facsimile: (212) 989-9163

Daniel O. Herrera
dherrera@caffertyclobes.com
Cafferty Clobes Meriwether & Sprengel LLP
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880

Philip Fraietta
pfraietta@bursor.com
Bursor & Fisher P.A.
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710

*Attorneys for Plaintiffs*

*/s/ Justin O. Kay*
Justin O. Kay